# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Collyer, Rosemary M. | District Court - Washington DC | 04/30/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Dist. Ct. Judge - Active | ☐ Nomination     Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2011 <br> to <br> 12/31/2011 |

**7. Chambers or Office Address**

E Barrett Prettyman Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/30/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | ▨ - Vice President |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ▨ | Throughout 2011 | Within U.S. | Business travel | Reimbursement to spouse for business travel (airline, lodging & meals) |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/30/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 2. - BRKA - Common Class A | | None | M | T | | | | | |
| 3. - GE - Common | A | Dividend | K | T | | | | | |
| 4. - Balto MD Const Pub Imp Muni Bonds | A | Interest | J | T | | | | | |
| 5. - Schwab Cash Equivalent Accounts | A | Int./Div. | L | T | | | | | |
| 6. - DVY - ETF | A | Dividend | K | T | | | | | |
| 7. - DOO - ETF | B | Dividend | | | Sold | 08/23/11 | L | | |
| 8. - Anne Arundel County, MD Muni Bonds | B | Interest | K | T | | | | | |
| 9. - Baltimore, MD Proj Muni Bonds | B | Interest | K | T | | | | | |
| 10. - Maryland State Muni Bonds | B | Interest | L | T | | | | | |
| 11. - DTH - ETF | B | Dividend | | | Sold | 08/23/11 | K | | |
| 12. - KMP - Common | C | Distribution | | | Sold | 08/11/11 | L | E | |
| 13. - CLMT - Common | B | Distribution | | | Sold | 04/16/11 | K | | |
| 14. - C - Put Option Feb11 5.00 | | None | | | Closed | 01/17/11 | J | C | |
| 15. - C - Put Option Apr11 5.00 | | None | | | Sell Short | 02/23/11 | J | | |
| 16. | | | | | Closed | 04/15/11 | J | | |
| 17. - TSLA - Put Option Sep11 26.00 | | None | | | Sell Short | 04/13/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Closed | 09/13/11 | J | C | |
| 19. - UTHR - Put Option Aug11 60.00 | | None | | | Sell Short | 04/15/11 | J | | |
| 20. | | | | | Redeemed | 08/20/11 | J | | |
| 21. - C - Put Option Jun11 5.00 | | None | | | Sell Short | 04/20/11 | J | | |
| 22. | | | | | Redeemed | 05/26/11 | J | | |
| 23. - T Rowe Price Maryland Tax Free Bond Fund (MDXBX) | C | Dividend | M | T | Buy | 05/13/11 | M | | |
| 24. - C - Common | A | Dividend | | | Buy | 05/26/11 | K | | |
| 25. | | | | | Sold | 08/19/11 | K | | |
| 26. - NEOP - Put Option Aug11 3.00 | | None | | | Sell Short | 07/26/11 | J | | |
| 27. | | | | | Redeemed | 08/20/11 | J | | |
| 28. - UTHR - Common | | None | K | T | Buy | 08/20/11 | L | | |
| 29. - NEOP - Common | | None | K | T | Buy | 08/20/11 | K | | |
| 30. - NEOP - Call Option Jan12 4.00 | | None | J | T | Sell Short | 08/29/11 | J | | |
| 31. - BK - Put Option Jan12 21.00 | | None | J | T | Sell Short | 09/02/11 | J | | |
| 32. - TSLA - Put Option Oct11 27.00 | | None | | | Sell Short | 09/13/11 | J | | |
| 33. | | | | | Expired | 10/22/11 | J | D | |
| 34. - TSLA - Put Option Mar12 32.00 | | None | J | T | Sell Short | 11/25/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA #1 | E | Int./Div. | O | T | | | | | |
| 36. - Schwab Cash Equivalent Accounts | | | | | | | | | |
| 37. - UST Inflation Index Notes 3.375% TIPS | | | | | | | | | |
| 38. - UST Inflation Index Notes 3.625% TIPS | | | | | | | | | |
| 39. - IWF - ETF | | | | | | | | | |
| 40. - Marsico Growth Fund (MGRIX) | | | | | | | | | |
| 41. - NLY - Common | | | | | Sold | 05/20/11 | L | E | |
| 42. - GOV - Common | | | | | Buy (add'l) | 07/22/11 | L | | |
| 43. - MCD - Common | | | | | | | | | |
| 44. - JNJ - Common | | | | | | | | | |
| 45. - AGNC - Common | | | | | Sold | 05/31/11 | L | C | |
| 46. - UHT - Common | | | | | Sold | 01/10/11 | L | D | |
| 47. - CVS - Common | | | | | Sold | 11/18/11 | L | C | |
| 48. - AIS - Common | | | | | | | | | |
| 49. - TGT - Common | | | | | Buy | 01/07/11 | K | | |
| 50. - BAB - ETF | | | | | Buy | 03/03/11 | L | | |
| 51. | | | | | Buy (add'l) | 03/04/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 06/24/11 | L | C | |
| 53. | | | | | Sold | 08/05/11 | L | C | |
| 54.   - CVS - Call Option Aug11 40.00 | | | | | Sell Short | 05/27/11 | J | | |
| 55. | | | | | Expired | 08/20/11 | J | B | |
| 56.   - NLY - Common | | | | | Buy | 08/11/11 | L | | |
| 57.   - AGNC - Common | | | | | Buy | 08/11/11 | K | | |
| 58.   - CVS - Call Option Nov11 36.00 | | | | | Sell Short | 08/29/11 | J | | |
| 59. | | | | | Redeemed | 11/18/11 | J | B | |
| 60.   - MCD - Call Option Jan12 95.00 | | | | | Sell Short | 10/21/11 | J | | |
| 61.   - AGNC - Put Option Jan12 27.00 | | | | | Buy | 10/24/11 | J | | |
| 62.   - AGNC - Call Option Jan12 29.00 | | | | | Sell Short | 10/24/11 | J | | |
| 63.   - NLY - Put Option Jan12 16.00 | | | | | Buy | 10/24/11 | J | | |
| 64.   - NLY - Call Option Jan12 17.50 | | | | | Sell Short | 10/24/11 | J | | |
| 65.   IRA #2 | D | Int./Div. | N | T | | | | | |
| 66.   - Schwab Cash Equivalent Accounts | | | | | | | | | |
| 67.   - UST Inflation Index Notes 3.375% 1/15/12 TIPS | | | | | | | | | |
| 68.   - GNVC - Common | | | | | | | | | See Part VIII (e) |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - CGM Focus Fund (CGMFX) | | | | | | | | | |
| 70. - DVM - Closed End Fund | | | | | | | | | |
| 71. - BOE - Closed End Fund | | | | | | | | | |
| 72. - BCRX - Common | | | | | | | | | |
| 73. QUALIFIED RETIREMENT PLAN #2 | A | Int./Div. | | | | | | | See Part VIII (f) |
| 74. QUALIFIED RETIREMENT PLAN #3 | A | Int./Div. | K | T | | | | | |
| 75. - Vanguard Variable Insurance Fund International Portfolio | | | | | Buy (add'l) | 12/31/11 | J | | See Part VIII (g) |
| 76. IRA #4 | D | Int./Div. | N | T | | | | | |
| 77. - Schwab Cash Equivalent Accounts | | | | | | | | | |
| 78. - CSCO - Common | | | | | Sold | 10/22/11 | K | | |
| 79. - XOM - Common | | | | | | | | | |
| 80. - KMB - Common | | | | | Sold | 10/22/11 | L | C | |
| 81. - KMB - Call Option Jan 11 67.50 | | | | | Expired | 01/22/11 | J | A | |
| 82. - RDS/A - ADR | | | | | | | | | |
| 83. - SYY - Common | | | | | Sold | 05/09/11 | K | C | |
| 84. - FNFG - Common | | | | | Buy | 04/06/11 | K | | |
| 85. | | | | | Buy (add'l) | 10/26/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - CSCO - Call Option Aug11 16.00 | | | | | Sell Short | 06/30/11 | J | | |
| 87. | | | | | Redeemed | 10/22/11 | J | B | |
| 88. - KMB - Call Option Oct11 70.00 | | | | | Sell Short | 08/29/11 | J | | |
| 89. | | | | | Redeemed | 10/22/11 | J | A | |
| 90. - SYY - Common | | | | | Buy | 10/24/11 | K | | |
| 91. IRA #5 | B | Int./Div. | K | T | | | | | |
| 92. - ABT - Common | | | | | | | | | |
| 93. - Schwab Cash Equivalent Accounts | | | | | | | | | |
| 94. - ABT - Call Option Nov11 55.00 | | | | | Sell Short | 10/21/11 | J | | |
| 95. | | | | | Expired | 11/18/11 | J | A | |
| 96. - ABT - Call Option May12 55.00 | | | | | Sell Short | 12/21/11 | J | | |
| 97. IRA #6 | A | Int./Div. | J | T | | | | | See Part VIII (h) |
| 98. IRA #7 | A | Int./Div. | J | T | | | | | See Part VIII (h) |
| 99. Merrill Lynch Cash Management Account | A | Int./Div. | J | T | | | | | See Part VIII (i) |
| 100. Citibank Checking Account | A | Interest | J | T | | | | | See Part VIII (j) |
| 101. Trust #1 | | | | | | | | | See Part VIII (j) |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I

(a) Line 1 refers to a Trust that is unfunded and has no assets (this Trust is also listed in Part VII, Line 102).

PART VII:

(b) In the description of assets the abbreviation ADR refers to American Depositary Receipts (shares of foreign companies trading on U.S. exchanges); ETF refers to Exchange Traded Funds (index funds that trade as common stocks).

(c) Put options sold short and later redeemed (i.e. exercised by owner) are shown as having zero gain because the amount received for the short sale is subtracted from the basis for the underlying security that was purchased and is therefore reflected in the gain/loss incurred when that security is ultimately sold.

(d) Lines 5, 37, 67, 78, and 94 are aggregated Schwab cash equivalent accounts containing one or more of the following: Schwab Municipal Money Fund Value Advantage; Schwab Money Fund Value Advantage, Schwab One Cash Account, Charles Schwab Bank Deposit Accounts, and/or Schwab Cash Reserves. They are aggregated here per the 2011 Filing Instructions. These account balances change frequently as a result of securities purchases or sales, cash transfers, and dividends or interest received. The income received and ending values are shown as required in the non-retirement plan account (Line 5).

(e) Some shares of GNVC were shown in the 2010 FDR as having been purchased in IRA #7. These shares were transferred in 2011 to IRA #2. See also Note (h).

(f) Qualified Retirement Plan #2 was closed in 2011 and remaining cash-equivalent assets transferred to IRA #2.

(g) Line 76: Purchases of this fund are made on a monthly basis. Individual purchases are below the minimum reporting requirement but are aggregated for the entire year with a date shown of 12/31/11.

(h) The accounts identified as IRAs #6 and #7 are Roth conversion IRAs originally opened in 2010 but recharacterized before the end of that year, resulting in zero balances, as stated in last year's FDR. In 2011, assets were again converted from IRA #2 to these accounts, but no securities were bought or sold during the year. These accounts were again recharacterized before the end of the year, and all assets transferred back to IRA #2. There was a zero balance in both accounts on 12/31/11.

(i) Line 100 refers to an aggregated cash equivalent account at Merrill Lynch that pays both dividends (for Merrill Lynch CMA Money Fund) and interest (for Merrill Lynch Bank Deposit Program). This is not a brokerage account, and no individual stocks, bonds or other assets are held.

(j) Line 102 refers to a Trust that is unfunded and has no assets (this Trust is also listed in Part I, Line 1).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Rosemary M. Collyer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544